**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| CHASE BARFIELD, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:11-cv-04321-NKL |
| SHO-ME POWER ELECTRIC COOPERATIVE, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Plaintiffs move to reserve $30,000 for additional, final administrative expenses relating to the KAMO-KPN class settlement. Doc. 758. The motion is supported by the affidavit of the Claims Administrator, and Plaintiffs state that the motion is unopposed. For good cause shown, the motion is granted, and $30,000 from the Settlement Fund shall be reserved for future administrative expenses beyond the amount currently in the Administrative Account.

SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: June 13, 2016
Jefferson City, Missouri