IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CHASE BARFIELD, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:11-cv-4321NKL |
| SHO-ME POWER ELECTRIC COOPERATIVE, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**SUPPLEMENTAL ORDER ON**
**EASEMENT DEED IN SETTLEMENT OF LANDOWNER ACTION**

Plaintiffs having no objection to this Order, the Court, being fully advised in the premises, finds as follows:

1. The Court grants the Sho-Me Defendants'[1] Motion to Finalize Easement Deed for Recording Purposes ("the Motion").

2. The Court approves the list of "Affected Parcels" attached to the Motion as Exhibits C1 to C20 and referenced in the Easement Deed as "Exhibit 1."

3. The Court finds that the Easement Deed is a "final judgment" upon entry of this Order, for purposes of recording under Mo. Rev. Stat. § 511.320.1.

**WHEREFORE it is ORDERED**:

4. The Clerk's Office is ordered to produce to the Sho-Me Defendants 20 certified copies of the Easement Deed (Doc. 930), attaching to each copy: (1) a County-specific listing of "Affected Parcels" (*see* Exhibits C1 to C20 to the Motion) and (2) this Supplemental Order.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 21, 2019
Jefferson City, Missouri

---

[1] "The Sho-Me Defendants" means Sho-Me Power Electric Cooperative and Sho-Me Technologies, LLC.

1